FILED
JUL - 2 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ANDREW STEPHEN HENNIGAN<br><br>Debtor(s) | Case No. 2:18-bk-21885BB<br>Chapter 11<br><br>**NOTICE OF RESCHEDULED HEARING**<br><br>Current Hearing Date:<br>Date:    August 14, 2019<br>Time:    11:00 a.m.<br>Courtroom: 1539<br><br>New Hearing Date:<br>Date:    August 15, 2019<br>Time:    11:00 a.m.<br>Courtroom: 1539, 15th floor |

**TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE, that on the Court's own motion, the matter listed below has been Rescheduled from <u>August 14, 2019 at 11:00 A.M.</u> to <u>August 15, 2019 at 11:00 A.M.</u> before the Honorable Sheri Bluebond, Bankruptcy Judge, in Courtroom "1539" located at the Edward Roybal Federal Building, 255 East Temple Street, 15th Floor, Los Angeles, CA 90012. All deadlines for filing and serving opposing papers and reply papers shall remain the same.

<u>1). Scheduling and Case Management Conference in Chapter 11 Case.</u>

Dated: 7/2/19

*Wendy Ann Jackson*

DEPUTY CLERK

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **Notice of Rescheduled Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/2/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Nina Z Javan    brian@wsrlaw.net;gabby@wsrlaw.net
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Blake J Lindemann    Blake@lawbl.com, Nataly@lawbl.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;brian@wsrlaw.net;gabby@wsrlaw.net
- Hatty K Yip    hatty.yip@usdoj.gov

☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **7/2/19**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Andrew Stephen Hennigan**
690 Harbor Street, Apt. 3
Venice, CA 90291

VWM Analytics, LLC
445 S. Figueroa St.
Suite 3700
Los Angeles, CA 90071

Weintraub & Selth APC
11766 Wilshire Blvd Ste 1170
Los Angeles, CA 90025

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_Fill in Date Document is Filed,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/2/19 | Wendy Ann Jackson | *Wendy Ann Jackson* |
|---|---|---|
| Date | Type Name | Signature |