| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel Weintraub - Bar #132111<br>James R. Selth - Bar #123420<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025<br><br>Telephone: (310) 207-1494<br>Facsimile: (310) 442-0660<br>E-mail: jim@wsrlaw.net<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Former Attorneys for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>ANDREW STEPHEN HENNIGAN,<br><br><br><br>Debtor(s) | CASE NO.: 2:18-bk-21885-BB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion for Order Authorizing Withdrawal of Weintraub & Selth, APC as General Bankruptcy Counsel |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Motion for Order Authorizing Withdrawal of Weintraub & Selth, APC as Counsel for Debtor

was lodged on (*date*) __07/03/2019__ and is attached. This order relates to the motion which is docket number __63__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 1        **F 9021-1.2.BK.NOTICE.LODGMENT**

# LODGED ORDER

Daniel Weintraub - Bar #132111
James R. Selth - Bar #123420
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025

Telephone: (310) 207-1494
Facsimile:  (310) 442-0660
Email: jim@wsrlaw.net

Former Attorneys for Debtor, ANDREW STEPHEN HENNIGAN

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:18-bk-21885-BB |
| ANDREW STEPHEN HENNIGAN, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF WEINTRAUB & SELTH, APC AS COUNSEL FOR DEBTOR** |
| | Hearing: |
| | Date:       July 3, 2019<br>Time:       10:00 a.m.<br>Location:  Courtroom 1539<br>                255 E. Temple St.<br>                Los Angeles, CA 90012 |

On July 3, 2019 at 10:00 a.m., the *Motion for Order Authorizing Withdrawal of Weintraub & Selth, APC as General Bankruptcy Counsel* [Docket No. 63] (the "Motion"), filed by Weintraub & Selth, APC, came on for hearing before the Honorable Sheri Bluebond, United States Bankruptcy Judge presiding. Appearances were waived pursuant to the Court's tentative ruling.

1

Based on the matters set forth in the Motion, and having considered all pleadings and evidence in support of the Motion, the lack of any opposition to the Motion, and for good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is granted;
2. Weintraub & Selth, APC is authorized to withdraw as counsel for Debtor, Andrew Stephen Hennigan.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___07/03/2019___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Nina Z Javan    brian@wsrlaw.net;gabby@wsrlaw.net
- Hatty K Yip    hatty.yip@usdoj.gov
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Blake J Lindemann    Blake@lawbl.com, Nataly@lawbl.com
- Daniel J Weintraub    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;brian@wsrlaw.net;gabby@wsrlaw.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___07/03/2019___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Andrew Hennigan
690 Harbor St., Apt. 3
Venice, CA 90291

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___11/09/2018___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/03/2019 | Sondra Solish | /s/ Sondra Solish |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT