Daniel Weintraub - Bar #132111
James R. Selth - Bar #123420
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025

Telephone: (310) 207-1494
Facsimile:  (310) 442-0660
Email: jim@wsrlaw.net

Former Attorneys for Debtor, ANDREW STEPHEN HENNIGAN

**FILED & ENTERED**

**JUL 03 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW STEPHEN HENNIGAN,<br><br>      Debtor and Debtor in Possession. | Case No. 2:18-bk-21885-BB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF WEINTRAUB & SELTH, APC AS COUNSEL FOR DEBTOR**<br><br><u>Hearing</u>:<br><br>Date:     July 3, 2019<br>Time:    10:00 a.m.<br>Location: Courtroom 1539<br>              255 E. Temple St.<br>              Los Angeles, CA 90012 |

     On July 3, 2019 at 10:00 a.m., the *Motion for Order Authorizing Withdrawal of Weintraub & Selth, APC as General Bankruptcy Counsel* [Docket No. 63] (the "<u>Motion</u>"), filed by Weintraub & Selth, APC, came on for hearing before the Honorable Sheri Bluebond, United States Bankruptcy Judge presiding. Appearances were waived pursuant to the Court's tentative ruling.

Based on the matters set forth in the Motion, and having considered all pleadings and evidence in support of the Motion, the lack of any opposition to the Motion, and for good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED;**

2. Weintraub & Selth, APC is authorized to **WITHDRAW** as counsel for Debtor, Andrew Stephen Hennigan.

# # #

Date: July 3, 2019

Sheri Bluebond
United States Bankruptcy Judge