United States Bankruptcy Court
Central District of California

In re:  
Andrew Stephen Hennigan  
    Debtor

Case No. 18-21885-BB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: wjacksonC    Page 1 of 1    Date Rcvd: Jul 03, 2019  
    Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.  
db    +Andrew Stephen Hennigan,   690 Harbor Street, Apt. 3,   Venice, CA 90291-5520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:  
    Blake J Lindemann   on behalf of Interested Party   Lindemann Law Firm, APC Blake@lawbl.com,  
     Nataly@lawbl.com  
    Daniel J Weintraub   on behalf of Debtor Andrew Stephen Hennigan dan@wsrlaw.net,  
     vinnet@ecf.inforuptcy.com;brian@wsrlaw.net;gabby@wsrlaw.net  
    Hatty K Yip   on behalf of U.S. Trustee   United States Trustee (LA) hatty.yip@usdoj.gov  
    James R Selth   on behalf of Attorney   Weintraub & Selth APC jim@wsrlaw.net,  
     jselth@yahoo.com;brian@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com  
    Kenneth G Lau   on behalf of U.S. Trustee   United States Trustee (LA) kenneth.g.lau@usdoj.gov  
    Nina Z Javan   on behalf of Debtor Andrew Stephen Hennigan nina.javan@swmllp.com,   jim@wsrlaw.net  
    Nina Z Javan   on behalf of Interested Party   Interested Party nina.javan@swmllp.com,  
     jim@wsrlaw.net  
    United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov  
    TOTAL: 8

Daniel Weintraub - Bar #132111
James R. Selth - Bar #123420
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025

Telephone: (310) 207-1494
Facsimile: (310) 442-0660
Email: jim@wsrlaw.net

Former Attorneys for Debtor, ANDREW STEPHEN HENNIGAN

**FILED & ENTERED**

**JUL 03 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:18-bk-21885-BB |
| ANDREW STEPHEN HENNIGAN, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF WEINTRAUB & SELTH, APC AS COUNSEL FOR DEBTOR** |
| | Hearing: |
| | Date: July 3, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 1539<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

On July 3, 2019 at 10:00 a.m., the *Motion for Order Authorizing Withdrawal of Weintraub & Selth, APC as General Bankruptcy Counsel* [Docket No. 63] (the "Motion"), filed by Weintraub & Selth, APC, came on for hearing before the Honorable Sheri Bluebond, United States Bankruptcy Judge presiding. Appearances were waived pursuant to the Court's tentative ruling.

1

1 | Based on the matters set forth in the Motion, and having considered all pleadings and
2 | evidence in support of the Motion, the lack of any opposition to the Motion, and for good and
3 | sufficient cause appearing therefor,
4 | **IT IS HEREBY ORDERED:**
5 | 1. The Motion is **GRANTED;**
6 | 2. Weintraub & Selth, APC is authorized to **WITHDRAW** as counsel for Debtor,
7 | Andrew Stephen Hennigan.

### #

25 | Date: July 3, 2019

Sheri Bluebond
United States Bankruptcy Judge

2