# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

**DEBTOR(S) INFORMATION:**
Andrew Stephen Hennigan
**SSN:** xxx–xx–0987
**EIN:** N/A

690 Harbor Street, Apt. 3
Venice, CA 90291

**BANKRUPTCY NO.** 2:18–bk–21885–BB
**CHAPTER** 11

Notice is hereby given that a hearing in this case will be held at:

| | |
|---|---|
| **Date:** | **8/15/2019** |
| **Time:** | **11:00 am** |
| **Location:** | **255 E. Temple Street, Courtroom 1539, 15th floor** |
| | **Los Angeles, CA 90012** |

To consider and act upon the following:

Motion of the United States Trustee to dismiss or convert Chapter 11 case to one under Chapter 7; memorandum of points and authorities; and declaration in support thereof.

Objections to the above shall be made in writing and filed with the Court and served upon the United States Trustee at least **FOURTEEN (14) DAYS** prior to the hearing date. Any objections not filed and served may be deemed waived. See LBR 9013–1(f).

For further information, please refer to the Court file or contact the Office of the United States Trustee.

Dated: July 22, 2019

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntm2 Rev. 06/2017

**71 / WAW**