| Attorney or Party Name, Address, Telephone & FAX Nos,,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel J. Weintraub, SBN 132111<br>James R. Selth, SBN 123420<br>Crystle J. Lindsey, SBN 281944<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Boulevard, Suite 1170<br>Los Angeles, CA 90025<br>Telephone: (310) 207-1494<br>Facsimile:  (310) 442-0660<br>Email: crystle@wsrlaw.net<br><br>☐ *Individual appearing without attorney*<br>☒ *Former Attorneys for:  Debtor and Debtor In Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Andrew Stephen Hennigan**<br><br><br><br>Debtor(s). | CASE NO.: **2:18-bk-21885-BB**<br>CHAPTER  **11**<br><br>**NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF:**<br>☐INTERIM FEES AND/OR EXPENSES<br>☒FINAL FEES AND/OR EXPENSES<br>**[11 U.S.C. § 331 OR § 330]** |
|---|---|

TO ALL INTERESTED PARTIES: NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information**: ☐ See attached page for information on additional applicants
    a. Name of Applicant (*specify*): **Weintraub & Selth, APC**
    b. Amount of fees requested: $ **23,724.00**
    c. Amount of costs requested: $ **479.37**
    d. Period covered by Application (*specify*): **February 27, 2019 - August 5, 2019**
    e. Address of Applicant (*specify*): **11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025**
    (*If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant*)

2. Hearing Date:  **09/04/2019**    Time:  **2:00 PM**    Courtroom:  **1539**    Floor:  **15th**
    ☒ 255 East Temple Street, Los Angeles, CA 90012        ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
    ☐ 3420 Twelfth Street, Riverside, CA 92501

3. **Deadline for Opposition Papers:** If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                        Page 1                            **F 2016-1.1.NOTICE.HEARING.APP.FEES**

time period, the court may treat such failure as a waiver of your right to object to the application(s) and may approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4. **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date: August 7, 2019

Weintraub & Selth, APC
Print name of law firm

/s/ Crystle J. Lindsey
Signature

Crystle J. Lindsey
Print name of attorney

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled **_NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF: FINAL FEES AND/OR EXPENSES_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 7, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **August 7, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**OUST**: Office of the United States Trustee, 915 Wilshire Blvd., Ste. 1850, Los Angeles, CA 90017
**DEBTOR**: Andrew Stephen Hennigan, 690 Harbor Street, Apt. 3, Venice, CA 90291-5520

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 7, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA ATTORNEY SERVICE/PERSONAL DELIVERY:
    **JUDGE**: The Hon. Sheri Bluebond, 255 E. Temple Street, Suite 1534, Los Angeles, CA 90017

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 7, 2019 | Brian Reed | /s/ _Brian Reed_ |
|---|---|---|
| _Date_ | _Printed Name_ | _Signature_ |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                                       **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE INFORMATION (if needed):

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

FORMERLY ON BEHALF OF DEBTOR: Nina Z Javan    nina.javan@swmllp.com, gabby@wsrlaw.net

ON BEHALF OF OUST: Kenneth G. Lau    Kenneth.g.lau@usdoj.gov

ON BEHALF OF INTERESTED PARTY LINDEMANN LAW FIRM: Blake J. Lindemann    Blake@lawbl.com;  Nataly@lawbl.com

OUST: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

ON BEHALF OF DEBTOR: Daniel J. Weintraub    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com; brian@wsrlaw.net; gabby@wsrlaw.net

ON BEHALF OF OUST: Hatty K. Yip    hatty.yip@usdoj.gov

2.) SERVED VIA U.S. MAIL:

Label Matrix for local noticing
0973-2
Case 2:18-bk-21885-BB
Central District of California
Los Angeles
Wed Aug  7 15:04:34 PDT 2019

VWM Analytics, LLC
445 S. Figueroa St.
Suite 3700
Los Angeles, CA 90071-1641

AT&T National Compliance Center
11760 U.S. Highway One
Mailstop: Suite 600
North Palm Beach, FL 33408-3029

American Education Services
P.O. Box 2461
Harrisburg, PA 17105-2461

American Express
111 8th Ave.
New York, NY 10011-5201

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Anne Raine
690 Harbor Street, Apt. 3
Venice Beach, CA 90291-5520

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Citi Card
P.O. Box 6500
Sioux Falls, SD 57117-6500

Consolidated Edison
4 Irving Place RM 1875
New York, NY 10003-3502

Consolidated Edison Company of New York, Inc
4 Irving Place, 14 Floor
New York, NY 10003-3502

FirstService Residential
622 3rd Street
New York, NY 10017-6710

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

NYU Langone Health
The Office of General Counsel
70 Washington Square South
New York, NY 10012-1019

Nelnet
Attn: Claims
P.O. Box: 82505
Lincoln, NE 68501-2505

Spectrum
Attn: Legal Department
400 Atlantic Street, 10th Floor
Stamford, CT 06901-3512

TD Bank
Toronto-Dominion Centre
P.O. Box 193
Toronto, ON M5K 1H6

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Thomas-Reuters
633 W. 5th Street, Suite 2300
Los Angeles, CA 90071-2049

US Department of Education c/o Nelnet
121 South 13th Street, Suite 201
Lincoln NE 68508-1911