| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel J. Weintraub (SBN 132111)<br>James R. Selth (SBN 123420)<br>Crystle J. Lindsey (SBN 281944)<br>**WEINTRAUB & SELTH, APC**<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025<br>Phone: 310-207-1494<br>Fax: 310-442-0660<br>Email: Dan@wsrlaw.net<br>Email: Jim@wsrlaw.net<br>Email: Crystle@wsrlaw.net<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* WEINTRAUB & SELTH, APC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES DIVISION</u>**

| In re:<br><br>ANDREW STEPHEN HENNIGAN,<br><br><div align="right">Debtor and Debtor in Possession,</div><br><br><div align="right">Debtor(s)</div> | CASE NO.: 2:18-bk-21885-BB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><u>FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF WEINTRAUB & SELTH, APC</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER ON APPLICATION FOR PAYMENT OF: FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)</u> was lodged on (*date*) <u>09/09/2019</u> and is attached.  This order relates to the motion which is docket number <u>78</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 1  **F 9021-1.2.BK.NOTICE.LODGMENT**

# ATTACHMENT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Daniel J. Weintraub, SBN 132111<br>Crystle J. Lindsey, SBN 281944<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Boulevard, Suite 1170<br>Los Angeles, CA 90025<br>Telephone: (310) 207-1494<br>Facsimile:  (310) 442-0660<br>Email: crystle@wsrlaw.net<br><br><br><br>*Attorney for: Chapter 11 Debtor and Debtor In Possession* | FOR COURT USE ONLY |
|---|---|

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>**ANDREW STEPHEN HENNIGAN**<br><br><br><br><br><br>Debtor. | CHAPTER   **11** |
|---|---|
| | CASE NUMBER **2:18-bk-21885-BB** |
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br><br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE:  09/04/2019<br>TIME:  2:00 p.m.<br>COURTROOM:  1539<br>PLACE:  255 E. Temple Street, Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): **WEINTRAUB & SELTH, APC**

2. This proceeding was heard at the date and place set forth above and was:   ☒   Contested       ☐  Uncontested

3. Appearances were made as follows: **APPEARANCES WAIVED**

    a. ☐ Applicant present in Court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in Court
    d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on *(specify date)*: **08/07/2019**

5. The court orders as follows:
    a. ☐ Application for Payment of Interim Fees is approved as follows:
        (1) ☐ Total amount allowed:
        (2) ☐ Amount or percentage authorized for payment at this time: _____

    b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
        ☐ Total amount allowed

---

This form is mandatory.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                    **F 2016-1.3.ORDER.PAYMENT.FEES**

**ATTACHMENT A                                           Page 2 of 3**

c. ☒ Application for Payment of Final Fees, including reduction of $1,797.50 per the Court's tentative ruling, is approved in the amount of:  **$21,926.50**

d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment: **$479.37**

   ☒ Total amount allowed:  **$22,405.87**

e. (1) ☐ Application Denied
   ☐ in full
   ☐ in part
   ☐ without prejudice
   ☐ with prejudice

   (2) Grounds for Denial *(specify)*:


f. ☒ The Court further orders *(specify)*:

   (1) Payment of all fees and costs approved by the Court in this case (the "Fees and Costs") is authorized to be made from funds in the Estate;

   (2) Payments made by the Debtor on account of the Fees and Costs to date is ratified; and

   (3) The Debtor is authorized and directed to make payment to the Applicant on account of any of the outstanding Fees and Costs remaining after application of all payments, if any.

                                                    ###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                         *Page 2*              **F 2016-1.3.ORDER.PAYMENT.FEES**
                                **ATTACHMENT A**                         **Page 3 of 3**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 9, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) September 9, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**: Andrew Stephen Hennigan, 690 Harbor Street, Apt. 3, Venice, CA 90291

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 9, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2019 | Brian Reed | /s/Brian Reed |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                              **F 9021-1.2.BK.NOTICE.LODGMENT**

# ADDITIONAL SERVICE INFORMATION (if needed):

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

FORMERLY ON BEHALF OF DEBTOR: Nina Z Javan    nina.javan@swmllp.com, gabby@wsrlaw.net

ON BEHALF OF OUST: Kenneth G. Lau    Kenneth.g.lau@usdoj.gov

ON BEHALF OF INTERESTED PARTY LINDEMANN LAW FIRM: Blake J. Lindemann    Blake@lawbl.com;  Nataly@lawbl.com

ON BEHALF OF ATTORNEY WEINTRAUB SELTH APC: Crystle Jane Lindsey    crystle@wsrlaw.net, crystle@cjllaw.com;brian@wsrlaw.net;gabby@wsrlaw.net

OUST: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

ON BEHALF OF OUST: Hatty K. Yip    hatty.yip@usdoj.gov


3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**


**VIA ATTORNEY SERVICE/PERSONAL DELIVERY**:

CHAMBERS COPY: Honorable Sheri Bluebond, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1534, Los Angeles, CA 90012